IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE SAM BIVENS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:08cv807-MHT |
| | ) | (WO) |
| OFFICER B. WALKERS, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (doc. no. 122) is granted and that this cause is dismissed in its entirety with prejudice.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of November, 2011.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE